UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------X
LEONARDO VALDEZ CRUZ,                              MEMORANDUM AND ORDER
                                                   10-CV-2940(JS)(ARL)
                    Plaintiff,

         -against-

CORPORAL DONOUGHY, ET AL.

                    Defendants.
------------------------------------------X
APPEARANCES:

For Plaintiff:      Leonardo Valdez Cruz, pro se
                    Prisoner No. 10A3105
                    Great Meadow Correctional Facility
                    P.O. Box 51
                    Comstock, NY 12821

For Defendants:     No appearances.

SEYBERT, District Judge:

      Plaintiff's time to file an Amended Complaint is extended through March 8, 2011. The Clerk of the Court is directed to send the pro se Plaintiff a copy of this Order.

                                        SO ORDERED.


                                        _____/s/_____
                                        Joanna Seybert, U.S.D.J.


Dated:     February 8, 2011
           Central Islip, New York

1